# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                               Case Number:

U.S. BANK, N.A.
    Plaintiff
v.
C.A.R. LEASING, INCORPORATED, et al.
    Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. BANK, N.A.

```
FILED
MARCH 31, 2008                    YM
08CV1822
JUDGE KENNELLY
MAGISTRATE JUDGE MASON
```

| |
|---|
| NAME (Type or print) <br> HILLARD M. STERLING |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>    s/ HILLARD M. STERLING |
| FIRM <br> FREEBORN & PETERS LLP |
| STREET ADDRESS <br> 311 S. WACKER DR., SUITE 3000 |
| CITY/STATE/ZIP <br> CHICAGO, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6232655 | TELEPHONE NUMBER <br> 312-360-6384 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐