U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08 C 01822

U.S. BANK, N.A.
    Plaintiff
v.
C.A.R. LEASING, INCORPORATED, et al.
    Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. BANK, N.A.

| | |
|---|---|
| NAME (Type or print) <br> PAUL A. DUFFY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ PAUL A. DUFFY | |
| FIRM <br> FREEBORN & PETERS LLP | |
| STREET ADDRESS <br> 311 S. WACKER DR., SUITE 3000 | |
| CITY/STATE/ZIP <br> CHICAGO, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6210496 | TELEPHONE NUMBER <br> 312-360-6423 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |