IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK, N.A., a Delaware corporation and national banking association,<br><br>      Plaintiff,<br><br>v.<br><br>C.A.R. LEASING, INCORPORATED, an Illinois corporation,<br>SONNY FOX, an Illinois citizen, and<br>MARC ZARANSKY, an Illinois citizen<br><br>      Defendants. | Case No. 08 CV 1822<br><br>Judge Kennelly<br><br>Magistrate Judge Mason |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the **16th** day of **April, 2008**, we filed with the Clerk of the United States District Court, Northern District of Illinois, **Proof of Service of Summons and Complaint on Defendant, C.A.R. Leasing, Inc.,** a copy of which is enclosed herewith.

           Respectfully submitted,

           **U.S. BANK, N.A.,**
           Plaintiff

      BY:    /s/ Daniel J. Voelker
                 One of Its Attorneys

Daniel J. Voelker, Esq.
Hillard M. Sterling, Esq.
Paul A. Duffy, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6458

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

U.S. BANK, N.A.
    Plaintiff

CASE NUMBER: 08 C 01822

V.

ASSIGNED JUDGE: Matthew F. Kennelly

C.A.R. LEASING, INCORPORATED, et al.
    Defendants

DESIGNATED MAGISTRATE JUDGE: Michael T. Mason

TO: (Name and address of Defendant)

C.A.R. LEASING, INCORPORATED
C/O SONNY FOX, REGISTERED AGENT
7100 N. RIDGEWAY
LINCOLNWOOD, IL  60645

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Voelker, Esq.
Hillard M. Sterling, Esq.
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL  60606

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*

(By) DEPUTY CLERK

April 2, 2008
Date

# Affidavit of Process Server

| U.S. Bank, N.A. | vs | C.A.R. Leasing, Inc. et al | 08C1822 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Walter Schwalm__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __C.A.R. Leasing, Inc.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) x __[signature]__

at ☐ Home _____
☒ Business __C.A.R. Leasing Inc. 7100 N. Ridgeway Lincolnwood, IL__
☒ on (DATE) __4/3/08__ at (TIME) __11:00 a.m.__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service. → Sonny Fox
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME, ( ) ___ DATE TIME,
( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
☒ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
    ☐ Yellow Skin ☐ Blond Hair   ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☒ 131-160 Lbs.
    ☐ Brown Skin ☒ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☒ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __M w/ thinning gray hair, glasses__

__[signature] Walter Schwalm__
SERVED BY
LASALLE PROCESS SERVERS

State of Illinois  County of Cook

Subscribed and sworn to before me,
a notary public, this __7__ day of __April__, 20__08__

__[signature]__
NOTARY PUBLIC

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of this **Notice and Proof of Service of Summons and Complaint on C.A.R. Leasing, Inc.** to be served upon the parties of record, as shown below, by placing a copy of same in the U.S. mail at 311 S. Wacker Dr., Suite 3000, Chicago, Illinois at or before 5:00 p.m. on the **16th** day of **April, 2008**.

| | |
|---|---|
| C.A.R. Leasing, Inc.<br>c/o  Sonny Fox, Registered Agent<br>7100 N. Ridgeway<br>Lincolnwood, IL   60645 | Sonny Fox, Registered Agent<br>7100 N. Ridgeway<br>Lincolnwood, IL   60645 |

/s/ Daniel J. Voelker

1527786v1