IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 1822 |
| v. ) | |
| ) | |
| C.A.R. LEASING, INCORPORATED, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the **1st** day of **May, 2008**, we filed with the Clerk of the United States District Court, Northern District of Illinois, **Proof of Service of Amended Complaint on Defendants, C.A.R. Leasing Incorporated and Sonny Fox**, copies of which are attached hereto.

Respectfully submitted,

**U.S. Bank, N.A.,**
Plaintiff


BY:    /s/Daniel J. Voelker
       One of Its Attorneys

Daniel J. Voelker, Esq.
William N. Howard, Esq.
Garry L. Wills, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois  60606
(312) 360-6458

# Affidavit of Process Server

**U.S. BANK, NA** (PLAINTIFF/PETITIONER) vs **C.A.R. leasing incorporated** (DEFENDANT/RESPONDENT)  CASE # 08CV1822

Being duly sworn, on my oath, I **Walter Schwalm**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **C.A.R. Leasing incorporated** (NAME OF PERSON/ENTITY BEING SERVED)

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Amended complaint

by serving (NAME) X _[signature]_

at ☐ Home _____
☒ Business **C.A.R Leasing Inc. 7100 N. Ridgeway Lincolnwood IL**
☒ on (DATE) **4/29/08** at (TIME) **12:25 P.M.**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service. → **SONNY FOX**
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: (1) **4/21/08 12:10 PM**

**Description:**
☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
        ☐ Yellow Skin ☐ Blond Hair        ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☒ 131-160 Lbs.
        ☐ Brown Skin  ☒ Gray Hair   ☐ Mustache ☒ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs. ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: **thin gray hair, wearing glasses**

State of Illinois    County of Cook

Subscribed and sworn to before me, a notary public, this **30** day of **April**, 20 **08**

SERVED BY _Walter Schwalm_
LASALLE PROCESS SERVERS

NOTARY PUBLIC _[signature]_

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# Affidavit of Process Server

**U.S. Bank, N.A.** vs **C.A.R. Leasing Incorporated**   Case # **08CV1822**
PLAINTIFF/PETITIONER              DEFENDANT/RESPONDENT

Being duly sworn, on my oath, I **Walter Schwalm**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Sonny Fox**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒ Amended Complaint

by serving (NAME) _[signature]_

at ☐ Home _____
☒ Business **C.A.R. Leasing Inc. 7100 N. Ridgeway Lincolnwood IL**
☒ on (DATE) **(2) 4/29/08** at (TIME) **12:25 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By (Personal Service) **Sonny Fox**
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: (1) **4/21/08 12:10 PM**

**Description:**
☒ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin    ☐ Brown Hair    ☐ Balding    ☐ 21-35 Yrs.    ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
           ☐ Yellow Skin   ☐ Blond Hair                  ☐ 36-50 Yrs.    ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
           ☐ Brown Skin    ☒ Gray Hair    ☐ Mustache    ☒ 51-65 Yrs.    ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin      ☐ Red Hair     ☐ Beard       ☐ Over 65 Yrs.  ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: **thin gray hair, wearing glasses**

State of Illinois   County of Cook

_[signature]_
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this **30** day of **April**, 20**08**

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NOTARY PUBLIC

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of the **Notice and Proof of Service of Amended Complaint on Defendants, C.A.R. Leasing, Incorporated and Sonny Fox**, to be served upon the parties of record, as shown below, by depositing a copy of same in the U.S. Mail on the **1st** day of **May, 2008.**

| | |
|---|---|
| C.A.R. Leasing, Incorporated<br>c/o Sonny Fox, Reg. Agent<br>7100 N. Ridgeway<br>Lincolnwood, IL 60645 | Sonny Fox, Reg. Agent<br>7100 N. Ridgeway<br>Lincolnwood, IL 60645 |

Marc N. Zaransky
956 Surrey Ln.
Northbrook, IL 60062

/s/ Daniel J. Voelker

Daniel J. Voelker, Esq.
Hillard M. Sterling, Esq.
Paul A. Duffy, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6458