IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 08 C 1822 |
| v. | ) ) |
| C.A.R. LEASING, INCORPORATED, et al. | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the **1st** day of **May, 2008**, we filed with the Clerk of the United States District Court, Northern District of Illinois, **Proof of Service of April 7, 2008 Order entered by the Honorable Judge Matthew Kennelly on Defendants, C.A.R. Leasing, Incorporated and Sonny Fox**, a copy of which is attached hereto.

    Respectfully submitted,

    **U.S. Bank, N.A.,**
    Plaintiff


    BY:   /s/Daniel J. Voelker
             One of Its Attorneys

Daniel J. Voelker, Esq.
William N. Howard, Esq.
Garry L. Wills, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6458

# Affidavit of Process Server

| U.S. Bank, NA | vs | C.A.R. Leasing Inc | 08C1822 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Walter Schwalm__, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Sonny Fox__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Order

by serving (NAME) X _[signature]_

at ☐ Home_____
☒ Business) C.A.R. Leasing Inc 7100 Ridgeway Lincolnwood
☒ on (DATE) (3) 4/29/08 at (TIME) 12:25 PM

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By (Personal Service.) ~~Per~~ SONNY FOX
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely_____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address        ☐ Evading            ☐ Other: __Secretary he__
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant     __Per receptionist__    __is out of town__
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion  __Mr. Fox is out of town__  __is try back 4/28/08__

**Service Attempts:** Service was attempted on: (1) 4/17/08 11:20 am, (2) 4/21/08 12:10 PM
( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☒ Male          ☒ White Skin     ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'     ☐ Under 100 Lbs.
☐ Female        ☐ Black Skin     ☐ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.    ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
                ☐ Yellow Skin    ☐ Blond Hair                    ☐ 36-50 Yrs.    ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
                ☐ Brown Skin     ☒ Gray Hair     ☐ Mustache      ☒ 51-65 Yrs.    ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses       ☐ Red Skin       ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs.  ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __thin gray hair, wearing glasses__

__Walter Schwalm__
SERVED BY
LASALLE PROCESS SERVERS

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this __30__ day of __April__, 20 __08__

_[signature]_
NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# Affidavit of Process Server

| U.S. Bank, N.A. | vs | C.A.R. Leasing, Inc. | 08C1822 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Walter Schwalm__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __C.A.R. Leasing, Inc.__
    NAME OF PERSON/ENTITY BEING SERVED
with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☒ Order

by serving (NAME) X _[signature]_
at ☐ Home _____
   ☒ Business __C.A.R. Leasing Inc. 7100 N. Ridgeway Lincolnwood__
   ☒ on (DATE) __4/29/08__ at (TIME) __12:25 P.M.__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service. __SONNY FOX__
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
   namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
   namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address          ☐ Evading                              ☐ Other: _____
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant   Per Receptionist    Per Secretary he
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion  Mr. Fox out of town   is out of town until Friday 4/28/08

**Service Attempts:** Service was attempted on: (1) __4/17/08 11:20 am__  (2) __4/21/08 12:10 Pm__
( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
☒ Male      ☒ White Skin    ☐ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female    ☐ Black Skin    ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
            ☐ Yellow Skin   ☐ Blond Hair                   ☐ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
            ☐ Brown Skin    ☒ Gray Hair     ☐ Mustache     ☒ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __thin gray hair, wearing glasses__

State of Illinois    County of Cook

_[signature]_
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __30__ day of __April__, 20__08__

_[notary signature]_
NOTARY PUBLIC

OFFICIAL SEAL
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

## **CERTIFICATE OF SERVICE**

The undersigned attorney states that he caused a true and correct copy of the **Notice and Proof of Service of April 7, 2008 Order entered by the Honorable Judge Matthew Kennelly on Defendants, C.A.R. Leasing, Incorporated and Sonny Fox**, to be served upon the parties of record, as shown below, by depositing a copy of same in the U.S. Mail on the **1**st day of **May, 2008.**

C.A.R. Leasing, Incorporated
c/o Sonny Fox, Reg. Agent
7100 N. Ridgeway
Lincolnwood, IL 60645

Sonny Fox, Reg. Agent
7100 N. Ridgeway
Lincolnwood, IL 60645

Marc N. Zaransky
956 Surrey Ln.
Northbrook, IL  60062

/s/ Daniel J. Voelker

Daniel J. Voelker, Esq.
Hillard M. Sterling, Esq.
Paul A. Duffy, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Drive, Suite 3000
Chicago, Illinois  60606
(312) 360-6458