IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK, N.A., | ) |
|       Plaintiff, | ) ) ) ) Case No. 08 C 1822 |
| v. | ) ) |
| C.A.R. LEASING, INCORPORATED, et al. | ) ) ) |
|       Defendants. | ) |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the **1st** day of **May, 2008**, we filed with the Clerk of the United States District Court, Northern District of Illinois, **Proof of Service of Summons and Amended Complaint on Defendant, Marc N. Zaransky**, a copy of which is attached hereto.

      Respectfully submitted,

      **U.S. Bank, N.A.,**
      Plaintiff


      BY:  /s/Daniel J. Voelker
             One of Its Attorneys

Daniel J. Voelker, Esq.
William N. Howard, Esq.
Garry L. Wills, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6458

# Affidavit of Process Server

| U.S. Bank, N.A. | vs | C.A.R. Leasing Incorporated | 08CV1822 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Walter Schwalm__, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Marc N. Zaransky__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __amended complaint & summons__

by serving (NAME) ☒ __Heidi Zaransky__

at ☒ Home __956 Surrey Ln. Northbrook, IL__

☐ Business _____

☒ on (DATE) __4/22/08__ at (TIME) __6:00 P.M__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely __Heidi Zaransky - Marc Zaransky's wife__
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____,
( )_____, ( )_____, ( )_____
DATE TIME

**Description:**
☐ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☒ Under 100 Lbs.
☒ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☒ 21-35 Yrs. ☐ 5'0"-5'3" ☒ 100-130 Lbs.
☐ Yellow Skin ☒ Blond Hair ☒ 36-50 Yrs. ☒ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __F/w/ shoulder length blond hair no glasses__

State of Illinois   County of Cook

SERVED BY __Walter Schwalm__
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this __23__ day of __April__, 20__08__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of the **Notice and Proof of Service of Summons and Amended Complaint on Defendant, Marc N. Zaransky**, to be served upon the parties of record, as shown below, by depositing a copy of same in the U.S. Mail on the 1st day of **May, 2008.**

C.A.R. Leasing, Incorporated
c/o Sonny Fox, Reg. Agent
7100 N. Ridgeway
Lincolnwood, IL 60645

Sonny Fox, Reg. Agent
7100 N. Ridgeway
Lincolnwood, IL 60645

Marc N. Zaransky
956 Surrey Ln.
Northbrook, IL  60062

/s/ Daniel J. Voelker

Daniel J. Voelker, Esq.
Hillard M. Sterling, Esq.
Paul A. Duffy, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Drive, Suite 3000
Chicago, Illinois   60606
(312) 360-6458