IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK, N.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C.A.R. LEASING, INCORPORATED, )<br>et al. )<br>)<br>Defendants. ) | Case No. 08 C 1822 |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the **13th** day of **May, 2008**, we filed with the Clerk of the United States District Court, Northern District of Illinois, **Proof of Service of April 7, 2008 Order entered by the Honorable Judge Matthew Kennelly on Defendant, Marc Zaransky**, a copy of which is attached hereto.

        Respectfully submitted,

        **U.S. Bank, N.A.,**
        Plaintiff


        BY:   /s/Daniel J. Voelker
                  One of Its Attorneys

Daniel J. Voelker, Esq.
William N. Howard, Esq.
Garry L. Wills, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6458

# Affidavit of Process Server

U.S. Bank, NA vs C.A.R. Leasing Incorporated   08CV1822
PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE #

Being duly sworn, on my oath, I __Walter Schwalm__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Marc. W. Zaransky__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ ORDER

by serving (NAME) X __[signature]__ ← Marc Zaransky's Signature
at ☒ Home __956 Surrey Ln Northbrook, Ill.__
☐ Business
☒ on (DATE) __5/1/08__ at (TIME) __6:40 P.M__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely_____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading           ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____,
                                                DATE TIME       DATE TIME
( )_____, ( )_____, ( )_____
DATE TIME   DATE TIME  DATE TIME

**Description:**
☒ Male       ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
☐ Female     ☐ Black Skin   ☒ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"     ☐ 100-130 Lbs.
             ☐ Yellow Skin  ☐ Blond Hair                   ☒ 36-50 Yrs.  ☐ 5'4"-5'8"     ☐ 131-160 Lbs.
             ☐ Brown Skin   ☐ Gray Hair    ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"     ☒ 161-200 Lbs.
☐ Glasses    ☐ Red Skin     ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☒ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __M/w/ tall, short brown hair, no glasses__

State of Illinois   County of Cook

__[signature: Walter Sch...]__
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __2__ day of __May__, 20__08__

__[notary signature]__
NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

Order Form (01/2005)  Case 1:08-cv-01822  Document 8  Filed 04/07/2008  Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1822 | **DATE** | 4/7/2008 |
| **CASE TITLE** | U.S. Bank, N.A. vs. C.A.R. Leasing Incorporated | | |

**DOCKET ENTRY TEXT**

Status hearing set to 9:00 a.m. on **Thursday, May 29, 2008** before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located http://www.ilnd.uscourt.gov at http://www.ilnd.uscourts.gov/JUDGE/KENNELLY/mfkpage.htm. Counsel for plaintiff (s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that summons has been or is being served on each defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of the **Notice and Proof of Service of April 7, 2008 Order entered by the Honorable Judge Matthew Kennelly on Defendant, Marc Zaransky**, to be served upon the parties of record, as shown below, by depositing a copy of same in the U.S. Mail on the **13th** day of **May, 2008.**

C.A.R. Leasing, Incorporated
c/o Sonny Fox, Reg. Agent
7100 N. Ridgeway
Lincolnwood, IL 60645

Sonny Fox, Reg. Agent
7100 N. Ridgeway
Lincolnwood, IL 60645

Marc N. Zaransky
956 Surrey Ln.
Northbrook, IL 60062

/s/ Daniel J. Voelker

Daniel J. Voelker, Esq.
Hillard M. Sterling, Esq.
Paul A. Duffy, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6458

1527786v2