IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 1822 |
| v. ) | |
| ) | |
| C.A.R. LEASING, INCORPORATED, ) | Honorable Judge Matthew F. Kennelly |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **29th** day of **May, 2008**, at **9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before The Honorable Judge Matthew F. Kennelly, or any other judge sitting in his stead, in courtroom 2103, located at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **U.S. Bank's Motion to Enter Default and Set a Hearing to Award Damages and Enter Judgment by Default**, a copy of which is attached hereto and hereby served upon you.

                                                  Respectfully submitted,

                                                  **U.S. BANK, N.A.,**
                                                  Plaintiff

                            BY:            s/Daniel J. Voelker
                                              One of Its Attorneys

Daniel J. Voelker, Esq.
Hillard M. Sterling, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois  60606
(312) 360-6458

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of this **Notice** and **U.S. Bank's Motion to Enter Default and Set a Hearing to Award Damages and Enter Judgment by Default** to be issued upon the parties of record, as shown below, via LaSalle Process Servers on the **23rd** day of **May, 2008**.

| | |
|---|---|
| C.A.R. Leasing, Incorporated<br>c/o Sonny Fox, Reg. Agent<br>7100 N. Ridgeway<br>Lincolnwood, IL 60645 | Sonny Fox, Reg. Agent<br>7100 N. Ridgeway<br>Lincolnwood, IL 60645 |
| Marc N. Zaransky<br>956 Surrey Ln.<br>Northbrook, IL  60062 | |

s/Daniel J. Voelker