IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 1822 |
| v. | ) | |
| | ) | |
| C.A.R. LEASING, INCORPORATED, | ) | Honorable Judge Matthew F. Kennelly |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the **28th** day of **May, 2008**, we filed with the Clerk of the United States District Court, Northern District of Illinois, **Proof of Service of Plaintiff U.S. Bank's Motion to Enter Default and Set a Hearing to Award Damages and Enter Judgment by Default on Defendants, C.A.R. Leasing, Inc., Sonny Fox and Marc Zaransky,** a copy of which is enclosed herewith and served upon you.

Respectfully submitted,

**U.S. BANK, N.A.,**
Plaintiff


BY:   s/Daniel J. Voelker
      One of Its Attorneys

Daniel J. Voelker, Esq.
Hillard M. Sterling, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6458

# Affidavit of Process Server

U.S. Bank                vs    CAR Leasing Incorp    08C1822
PLAINTIFF/PETITIONER           DEFENDANT/RESPONDENT    CASE #

Being duly sworn, on my oath, I __Walter Schwalm__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Marc Zaransky__
                                    NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Motion To Enter Default & Set A Hearing To Award Damages & Enter Judgement by Default__

by serving (NAME) x __[signature]__
☒ Home __956 Surrey Lane / Northbrook, IL__
☐ Business _____
☒ on (DATE) __5/23/08__ at (TIME) __6:20 P.M__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
  namely _____
☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
  namely __Heidi Zaransky — Marc Zaransky's wife__
☐ By posting copies in a conspicuous manner to the address of the person/entity being served

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address     ☐ Evading                        ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ____ DATE TIME, ( ) ____ DATE TIME,
( ) ____ DATE TIME, ( ) ____ DATE TIME, ( ) ____ DATE TIME

**Description:**
☐ Male        ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female      ☐ Black Skin   ☐ Brown Hair   ☐ Balding      ☒ 21-35 Yrs.   ☐ 5'0"-5'3"     ☒ 100-130 Lbs.
              ☐ Yellow Skin  ☒ Blond Hair   ☐              ☐ 36-50 Yrs.   ☒ 5'4"-5'8"     ☐ 131-160 Lbs.
              ☐ Brown Skin   ☐ Gray Hair    ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"     ☐ 161-200 Lbs.
☐ Glasses     ☐ Red Skin     ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __F w/ 30's shoulder length blond hair, answered door in a robe__

__[signature] Walter Schwalm__
SERVED BY
LASALLE PROCESS SERVERS

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this __28__ day of __May__, 20__08__

__[signature]__
NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# Affidavit of Process Server

__U.S. Bank__ vs __Car Leasing Incorp__  __08C1822__
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I __Walter Schwalm__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Sonny Fox__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ __Motion To Enter Default & Set A Hearing To Award Damages & Enter Judgment By Default__

by serving (NAME) X __[signature]__
at ☐ Home _____
☒ Business __Car Leasing Inc. 7100 N. Ridgeway, Lincolnwood IL__
☒ on (DATE) __5/27/08__ at (TIME) __8:40 A.M__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service. → __Sonny Fox__
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading              ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )____ DATE TIME, ( )____ DATE TIME,
( )____ DATE TIME, ( )____ DATE TIME, ( )____ DATE TIME

**Description:**
☒ Male       ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☐ Female     ☐ Black Skin    ☐ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
             ☐ Yellow Skin   ☐ Blond Hair                    ☐ 36-50 Yrs.   ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
             ☐ Brown Skin    ☒ Gray Hair     ☐ Mustache      ☒ 51-65 Yrs.   ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses    ☐ Red Skin      ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __Short in Height, Wearing Glasses__

State of Illinois  County of Cook

__[signature: Walter Schwalm]__
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __28__ day of __May__, 20__08__

__[notary signature]__
NOTARY PUBLIC

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# Affidavit of Process Server

U.S. Bank vs Car Leasing Incorp    08C1822
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I __WALTER SCHWALM__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Car Leasing Incorporated / c/o Sonny Fox Reg Agent__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Motion To Enter Default & Set A Hearing To Award Damages & Enter Judgment by Default__

by serving (NAME) ☒ __[signature]__

at ☐ Home _____
☒ Business __Car Leasing / Inc. 7100 N. Ridgeway, Lincolnwood IL__
☒ on (DATE) __5/27/08__ at (TIME) __8:40 a.m.__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service. __Sonny Fox__
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely_____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, 
( )_____, ( )_____, ( )_____
DATE TIME

**Description:**
☒ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin    ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.    ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
          ☐ Yellow Skin   ☐ Blond Hair                   ☐ 36-50 Yrs.    ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
          ☐ Brown Skin    ☒ Gray Hair    ☐ Mustache     ☒ 51-65 Yrs.    ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs.  ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __SHORT IN HEIGHT, WEARING GLASSES__

State of Illinois   County of Cook

__Walter Schwalm__
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this __28__ day of __May__, 20__08__

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NOTARY PUBLIC

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

- 2 -

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of this Notice to be served upon the parties of record, as shown below, by placing a copy of same in the U.S. Mail, with postage prepaid, on the **28th** day of **May, 2008**.

C.A.R. Leasing, Incorporated  
c/o Sonny Fox, Reg. Agent  
7100 N. Ridgeway  
Lincolnwood, IL 60645

Sonny Fox, Reg. Agent  
7100 N. Ridgeway  
Lincolnwood, IL 60645

Marc N. Zaransky  
956 Surrey Ln.  
Northbrook, IL  60062

s/Daniel J. Voelker