UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

U.S. Bank, N.A.
          Plaintiff,

v.                Case No.: 1:08−cv−01822
                Honorable Matthew F. Kennelly

C.A.R. Leasing, Incorporated, et al.
         Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

  MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held. Plaintiff's motion for default judgment [17] is withdrawn. Defendants' oral motion for an extension of time to 6/6/2008 to file their appearance and answer or otherwise plead is granted. Initial status conference is set for 6/3/2008 at 09:00 AM. The parties are directed to comply with this court's standing order for the initial status conference.Advised in open court (jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.