**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:   08 CV 1822 |

U.S. BANK, N.A., a Del. corporation,

vs.

C.A.R. LEASING, INCORPORATED, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARC ZARANSKY

| |
|---|
| NAME (Type or print) <br> Christopher M. Goodsnyder |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ [signature] |
| FIRM <br> PERL & GOODSNYDER, LTD. |
| STREET ADDRESS 14 North Peoria Street, Suite 2-C, |
| CITY/STATE/ZIP   Chicago, Illinois 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216156 | TELEPHONE NUMBER <br> 312/243-45000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |