### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| U.S. BANK, N.A., a Delaware corporation and national banking association, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 08 CV1822 |
| C.A.R. LEASING, INCORPORATED, an Illinois corporation, SONNY FOX, and MARC ZARANSKY, an Illinois citizen | ) ) ) ) | Judge Kennelly<br><br>Magistrate Judge Mason |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Hillard Sterling            Alan Perl
     Freeborn & Peters           Perl & Goodsnyder
     311 S. Wacker Drive, Suite 3000   14 South Peoria Street, Suite 2-C
     Chicago, Illinois 60606     Chicago, Illinois 60607

PLEASE TAKE NOTICE that on June 17, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Mathew Kennelly, Judge, in courtroom 2103, in the U.S. Courthouse, 219 Dearborn Street, Chicago, Illinois, or in his absence, before such judge who may be sitting in his place and stead and hearing motions, and shall then and there present the following:

  1.  **Motion to Dismiss.**

Copies of which have herewith been served upon you, and shall pray for the entry of orders in conformity with the prayers of said pleadings.

  AT WHICH TIME AND PLACE you may appear if you so see fit.

                               /s/ HAROLD L. MOSKOWITZ
                               55 West Monroe Street
                               Suite 1100
                               Chicago, Illinois 60603

### CERTIFICATE OF SERVICE
### (VIA MAIL)

Harold L. Moskowitz, certifies that the this motion was served upon the parties named on the attached service list at the addresses indicated by United States mail and by depositing same in properly addressed envelopes before 5:00 p.m. on June 6, 2008, by electronic mail.

    <u>/s/ Harold Moskowitz</u>