UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

U.S. Bank, N.A.
                               Plaintiff,
v.                                          Case No.: 1:08−cv−01822
                                            Honorable Matthew F. Kennelly
C.A.R. Leasing, Incorporated, et al.
                               Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

MINUTE entry before the Honorable Matthew F. Kennelly: Motion to dismiss is entered and continued to 6/23/2008 at 09:00 AM. Second amended complaint is to be filed by 7/8/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.