Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1822 | **DATE** | 6/23/2008 |
| **CASE TITLE** | U S Bank vs. C.A.R. Leasing | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held. Rule 26(a)(1) disclosures are to be made by 7/14/2008. Status hearing continued to 7/17/2008 at 9:00 AM., for the purpose of discussing the possibility of settlement. Deadline for amending pleadings and adding parties is 9/30/2008. Fact discovery ordered closed 1/14/2009. Rule 26(a)(2) disclosures are due 2/18/2009 for plaintiff and 3/25/2009 for defendant. Expert discovery ordered closed 4/30/2009.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|