**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

U.S. Bank, N.A.
           Plaintiff,

v.                 Case No.: 1:08−cv−01822
                 Honorable Matthew F. Kennelly

C.A.R. Leasing, Incorporated, et al.
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

  MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 7/17/2008 with attorneys for all parties, is set for 8/20/2008 at 9:00 AM for the purpose of discussing the possibility of settlement. Motion to dismiss is terminated as moot (25−1). Zaransky's response to second amended complaint is to be filed by 8/7/2008. Status hearing set for 8/20/2008 at 09:00 AM.)(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.