IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK, N.A., | ) |
|     Plaintiff, | ) ) ) ) Case No. 08 C 1822 |
| v. | ) ) |
| C.A.R. LEASING, INCORPORATED, et al. | ) ) ) |
|     Defendants. | ) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on the 29th day of July, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, **Proof of Service of Summons and Second Amended Complaint on Defendant Heidi Zaransky**, a copy of which is attached hereto.

Respectfully submitted,

U.S. BANK, N.A.

By: /s/ Hillard M. Sterling
      One of Its Attorneys

Daniel J. Voelker, Esq.
William N. Howard, Esq.
Garry L. Wills, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000
1595543

# Affidavit of Process Server

| U.S. Bank, N.A. | vs C.A.R. Leasing et al | 08CV1822 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Walter Schwalm__, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Heidi Zaransky__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☐ __Summons + Second Amended Complaint__

by serving (NAME) __✗__
at ☒ Home __956 Surrey Lane   Northbrook, Ill.__
☐ Business _____
☒ on (DATE) __7/27/08__ at (TIME) __1:35 P.M__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely_____
☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely __Marc Zaransky — Heidi Zaransky's husband__
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other:_____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☒ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female ☐ Black Skin   ☒ Brown Hair  ☐ Balding     ☐ 21-35 Yrs.   ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
         ☐ Yellow Skin  ☐ Blond Hair                 ☐ 36-50 Yrs.   ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
         ☐ Brown Skin   ☐ Gray Hair   ☐ Mustache    ☐ 51-65 Yrs.   ☐ 5'9"-6'0"  ☒ 161-200 Lbs.
☐ Glasses ☐ Red Skin    ☐ Red Hair    ☐ Beard       ☐ Over 65 Yrs. ☒ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __light brown short crew cut hair   tall and thin build__

State of Illinois    County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this __27__ day of __July__, 20__08__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

U.S. BANK, N.A., Plaintiff

CASE NUMBER: 08 C 1822

V.

ASSIGNED JUDGE: Kennelly

C.A.R. LEASING, INCORPORATED, et al.,
Defendants.

DESIGNATED
MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Heidi Zaransky
956 Surrey Lane
Northbrook, IL 60062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Voelker
Hillard M. Sterling
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUL 2 4 2008

DATE

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of the **Proof of Service of Summons and Second Amended Complaint on Defendant Heidi Zaransky,** to be served upon the following counsel of record, as shown below, via electronic service on the 29th day of July, 2008.

| | |
|---|---|
| Harold Moskowitz | Christopher M. Goodsnyder |
| Law Offices of Harold Moskowitz | Perl & Goodsnyder |
| Suite 1100 | Suite 2-C |
| 55 West Monroe Street | 14 South Peoria Street |
| Chicago, IL  60603 | Chicago, IL  60607 |

/s/  Hillard M. Sterling