IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. BANK, N.A., a Delaware corporation and national banking association, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.   08 CV 1822 |
| C.A.R. LEASING, INCORPORATED, an Illinois corporation, | ) ) ) | Judge Kennelly |
| SONNY FOX, an Illinois citizen, MARC ZARANSKY, an Illinois citizen, and HEIDI ZARANSKY, an Illinois citizen | ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

**DEFENDANT MARC ZARANSKY'S RULE 26(a)(1) DISCLOSURES**

**NOW COMES** the Defendant, **MARC ZARANSKY** (hereinafter referred to as "Marc"), by and through his attorneys, PERL & GOODSNYDER, LTD., and pursuant to Fed. R. Civ. P. 26(a)(1), this Court's orders, and other governing law, hereby submits the following Initial Disclosures (the "Disclosures"). The Disclosures are based on the information presently available to Marc, Marc reserves the right to revise, modify, or supplement the Disclosures in accordance with Fed. R. Civ. P. 26(e)(1) and other governing law.

A.   PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION.

Based upon information presently available to Marc, Marc believes that the following individuals are likely to have discoverable information that Marc may use to support his claims and/or defense. Listed in alphabetical order those individuals are:

1.   **Timothy Cacciatore**

Timothy Cacciatore may have discoverable information regarding the relationship between Plaintiff and Defendants; communications between Plaintiff and Defendants, the contract between Plaintiff and C.A.R. Leasing, Incorporated ("CLI"); the Guaranty executed by Sonny Fox; the facts and circumstances of the allegations complained of in the Plaintiff's Second Amended Complaint ("Complaint"); the funding provided by Plaintiff; the loans, leases and/or purchases in connection with the vehicles at issue; the amounts Plaintiff claims are owed to it and the Plaintiff's alleged damages, Mr. Carriatore's contact information is in the possession of the Plaintiff.

2.   **Dave Donarski**

Dave Donarski may have discoverable information regarding the relationship between Plaintiff and Defendants; communications between Plaintiff and Defendants; the contract between Plaintiff and CLI; the Guaranty executed by Fox; the facts and circumstances of the allegations complained of in the Plaintiff's Complaint; the funding provided by Plaintiff; the loans, leases and/or purchases in connection with the vehicles at issue; the amounts Plaintiff claims are owed to it and the Plaintiff's alleged damages, Mr. Donarksi's contact information is in the possession of the Plaintiff.

3.   **Sonny Fox**

Sonny Fox may have discoverable information regarding the relationship between Plaintiff and Defendants; communications between Plaintiff and Defendants; communications between Defendants; communications between Defendants and third parties, including dealers; the contract between Plaintiffs and CLI; the Guaranty he executed; the facts and circumstances of the allegations complained of in the Plaintiff's Complaint; the funding provided by Plaintiff; the loans, leases and/or purchases in connection with the vehicles at issue; the amounts Plaintiff claims are owed to it and the Plaintiff's alleged damages. Mr Fox may be contacted through his attorney, Harold Moskovitz.

4.   **Gail Lazzara**

Gail Lazzara may have discoverable information regarding the relationship between Plaintiff and Defendants; communications between Plaintiff and Defendants; communications between Defendants; communications between Defendants and third parties, including dealers; the contract between Plaintiff and CLI; the Guaranty executed by Fox; the facts and circumstances of the allegations complained of in the Plaintiff's Complaint; the funding provided by Plaintiff; the loans, leases and/or purchases in connection with the vehicles at issue; the amounts Plaintiff claims are owed to it and the Plaintiff's alleged damages, Ms. Lazzara may be contacted through CLI's attorney, Harold Moskovitz.

### 5. Jacob vanBrandwijk

Jacob vanBrandwijk may have discoverable information regarding the relationship between Plaintiff and Defendants; communications between Plaintiff and Defendants; the contract between Plaintiff and CLI; the funding provided by Plaintiff; the loans, leases and/or purchases in connection with the vehicles at issue; the amounts owed by CLI to dealers; and the damages allegedly suffered by Plaintiff. Mr. VanBrandwijk contact information is in the possession of the Plaintiff.

### 6. Heidi Zaransky

Heidi Zaransky may have discoverable information regarding communications between Defendants and the facts and circumstances of the allegations complained of in the Plaintiff's Complaint. Ms. Zaransky's may be contacted through her attorneys, Perl & Goodsnyder, Ltd.

### 7. Marc Zaransky

Marc Zaransky may have discoverable information regarding the relationship between Plaintiff and Defendants; communications between Plaintiff and Defendants; communications between Defendants and third parties, including dealers; the contract between Plaintiff and CLI; the Guaranty executed by Fox; the facts and circumstances of the allegations complained of in the Plaintiff's Complaint; the funding provided by Plaintiff; the loans, leases and/or purchases in connection with the vehicles at issue; the amounts Plaintiff claims are owed to it and the Plaintiff's alleged damages. Mr. Zaransky may be contacted through his attorneys, Perl & Goodsnyder, Ltd.

Marc's investigation continues, and discovery had not yet begun. Accordingly, Marc will supplement these disclosures, to the extent necessary, pursuant to Fed. R. Civ. 26(e)(1).

**B. CATEGORIES AND LOCATION OF DOCUMENTS IN MARC'S POSSESSION, CUSTODY OR CONTROL OR DOCUMENTS THAT MAY BE USED BY MARC TO SUPPORT HIS CLAIMS.**

At this time, Marc does not have in his possession, custody or control any documents relating to the allegations contained in the Plaintiff's Complaint. Further, since discovery has not yet begun, Marc, at this time, is unaware of what documents he may introduce at trial to support his claims and/or defense. However, Marc's investigation continues.

Accordingly, Marc will supplement these disclosure, to the extent necessary, pursuant to Fed. R. Civ. P. 26(e)(1), when this information becomes available.

**C. COMPUTATION OF DAMAGES**

At this time, Marc is unaware of any damages that he may have sustained as a result of the Plaintiff's action, as discovery has not yet begun. However, Marc's investigation continues. Accordingly, Marc will supplement these disclosures, to the extent necessary, pursuant to Fed. R. Civ. P. 26(e)(1).

**D.  INSURANCE AGREEMENT(S)**

Marc is not aware of any insurance agreements under which any person carrying on an insurance business may be (or could be) liable to satisfy part or all of the damages the Plaintiff claims to have allegedly suffered. However, Marc's investigation continues. Accordingly, Marc will supplement these disclosures, to the extent necessary, pursuant to Fed. R. Civ. P. 26(e)(1).

        Respectfully submitted,
        Defendant, **MARC ZARANSKY,**

        By:  /s/ Christopher M. Goodsnyder
              One of his attorneys

Mr. Christopher M. Goodsnyder
    Atty No.: 6216156
Mr. Allen R. Perl
    Atty No.: 6191920
PERL & GOODSNYDER, LTD.
14 North Peoria Street
Suite 2-C
Chicago, Illinois 60607
312-243-4500

## CERTIFICATE OF SERVICE

To: See attached Service List

    I, Christopher M. Goodsnyder, an attorney on oath state, under penalties provided by law state that I caused following documents of the Defendant, **MARC ZARANSKY:**

    **(1)   CERTIFICATE OF SERVICE**
    **(2)   DEFENDANT MARC ZARANSKY'S RULE 26(a)(1) DISCLOSURES**

to be sent to each attorney to whom directed at their respective addresses via:

\_\_\_\_\_   **Via Regular U.S. Mail**, by depositing the same in the U.S. Mail, postage prepaid, in a properly addressed, sealed and secure envelope, at 14 North Peoria Street, Suite 2-C, Chicago, Illinois 60607, before 5:00 P.M. on the 19th day of **August, 2008.**

\_\_\_\_\_   **Via Telephone Facsimile**, by transmitting a facsimile copy to the telephone numbers listed herein, before 5:00 P.M. on the 19th day of **August, 2008.**

\_\_x\_\_   **Via Electronic Mail**, by transmitting a PDF image of said documents to the email addresses listed herein through the court's ECF filing system, before 5:00 P.M. on the 19th day of **August, 2008.**

\_\_\_\_\_   **Via Federal Express (Fedex)**, standard priority, overnight delivery, by depositing the same in the Fedex drop box location/shipping center, with shipping charges paid by the sender, in a properly addressed, sealed and secure envelope, at 1 S. Sangamon Street, Chicago, Illinois 60607, before 5:00 P.M. on the on the 19th day of **August, 2008.**

                  Respectfully submitted by his attorneys:

                  PERL & GOODSNYDER, LTD.

                  By:   /s/ Christopher M. Goodsnyder
                  Christopher M. Goodsnyder

PERL & GOODSNYDER, LTD.
Attorneys for MARC ZARANSKY
14 North Peoria Street
Suite 2-C
Chicago, Illinois 60607
(312) 243-4500 / Fax (312) 243- 0806

**SERVICE LIST**

**Attorney for Plaintiff, U.S. BANK, N.A.:**

Mr. Daniel J. Voelker
Mr. Hillard M. Sterling
FREEBORN & PETERS, LLP
331 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312.360.6000

**Attorneys for Defendants, MARC ZARANSKY and HEIDI ZARANSKY:**

Mr. Allen R. Perl
Mr. Christopher M. Goodsnyder
PERL & GOODSNYDER, LTD.
14 North Peoria Street
Suite 2-C
Chicago, Illinois 60607
(312) 243-4500 / (312) 243-0806

**Attorney for Defendants, SONNY FOX and CAR LEASING, INC.:**

Mr. Harold Moskovitz
Law Offices of Harold Moskovitz
55 West Monroe
Suite 1100
Chicago, Illinois 60603