UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

U.S. Bank, N.A.
                                         Plaintiff,

v.                                                          Case No.: 1:08−cv−01822
                                                              Honorable Matthew F. Kennelly

C.A.R. Leasing, Incorporated, et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 8/20/2008 with attorneys by telephone. The responses by the Zaransky defendants to be second amended complaint are overdue. Marc Zaransky is given until 8/27/2008 to file an answer. Heidi Zaransky is given until 8/27/2008 to file a motion to dismiss, which is to be noticed for presentment in the week of 9/2/2008. Status hearing set for 11/20/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.