### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| U.S. BANK, N.A., a Delaware corporation and national banking association, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   08 CV 1822 |
| | ) | |
| C.A.R. LEASING, INCORPORATED, an Illinois corporation, | ) | Judge Kennelly |
| | ) | |
| SONNY FOX, an Illinois citizen, | ) | Magistrate Judge Mason |
| MARC ZARANSKY, an Illinois citizen, and | ) | |
| HEIDI ZARANSKY, an Illinois citizen, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:    See attached service list.

On the **2nd** day of **September**, at **9:30 A.M.** , or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge **Matthew F. Kennelly**, or any Judge sitting in his/her stead, in the in Room **2103** , Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 606041, and then and there present and argue **DEFENDANT HEIDI ZARANSKY'S MOTION TO DISMISS COUNT IV OF THE PLAINTIFF U.S. BANK'S SECONDED AMENDED COMPLAINT PURSUANT TO FED. R.CIV. P. 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAYBE GRANTED,** attached hereto.

Respectfully submitted on behalf of,

Defendant, **HEIDI ZARANSKY,**

By and through her attorneys,

PERL & GOODSNYDER, LTD.

/s/ Christopher M. Goodsnyder
One of its attorneys

PERL & GOODSNYDER, LTD.
Attorneys for Defendant Heidi Zaransky
14 North Peoria Street
Suite 2-C
Chicago, Illinois 60607
312-243-4500 / (fax) 312-243-0806
ARDC: 6216156
ARDC: 6191920

## CERTIFICATE OF SERVICE

To: See attached Service List

I, Christopher M. Goodsnyder, an attorney on oath state, under penalties provided by law state that I caused following documents of the Defendant, **HEIDI ZARANSKY:**

**(1)    CERTIFICATE OF SERVICE**
**(2)    DEFENDANT HEIDI ZARANSKY'S RULE 12(b)(6) MOTION TO DISMISS COUNT IV OF THE PLAINTIFF'S SECOND AMENDED COMPLAINT**

to be sent to each attorney to whom directed at their respective addresses via:

\_\_\_\_\_    **Via Regular U.S. Mail**, by depositing the same in the U.S. Mail, postage prepaid, in a properly addressed, sealed and secure envelope, at 14 North Peoria Street, Suite 2-C, Chicago, Illinois 60607, before 5:00 P.M. on the **28th** day of **August, 2008.**

\_\_\_\_\_    **Via Telephone Facsimile**, by transmitting a facsimile copy to the telephone numbers listed herein, before 5:00 P.M. on the **28th** day of **August, 2008.**

\_\_\_\_\_    **Via Electronic Mail**, by transmitting a PDF image of said documents to the email addresses listed herein, before 5:00 P.M. on the **28th** day of **August, 2008.**

\_\_X\_    **Via Electronic Mail**, by transmitting a PDF image of said documents through the Court Clerk's ECF electronic filing system, before 6:00 P.M. on the **28th** day of **August, 2008.**

\_\_\_\_\_    **Via Federal Express (Fedex)**, standard priority, overnight delivery, by depositing the same in the Fedex drop box location/shipping center, with shipping charges paid by the sender, in a properly addressed, sealed and secure envelope, at 1 S. Sangamon Street, Chicago, Illinois 60607, before 5:00 P.M. on the **28th** day of **August, 2008.**

Respectfully submitted by his attorneys:

PERL & GOODSNYDER, LTD.

/s/ Christopher M. Goodsnyder
Christopher M. Goodsnyder

PERL & GOODSNYDER, LTD.
Attorneys for Heidi Zaransky
14 North Peoria Street
Suite 2-C
Chicago, Illinois 60607
(312) 243-4500 / Fax (312) 243- 0806

## SERVICE LIST

**Presiding Judge:**

Hon. Matthew F. Kennelly
United States District Court
Courtroom 2103 (Chambers 2188)
219 S. Dearborn Street
Chicago, Illinois 6060
(312) 435-5618

**Attorney for Plaintiff, U.S. BANK, N.A.:**

Mr. Daniel J. Voelker
Mr. Hillard M. Sterling
FREEBORN & PETERS, LLP
331 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312) 360-6000

**Attorneys for Defendant, MARC ZARANSKY:**

Mr. Allen R. Perl
Mr. Christopher M. Goodsnyder
PERL & GOODSNYDER, LTD.
14 North Peoria Street
Suite 2-C
Chicago, Illinois 60607
(312) 243-4500 / (312) 243-0806

**Attorneys for Defendant, HEIDI ZARANSKY:**

Mr. Allen R. Perl
Mr. Christopher M. Goodsnyder
PERL & GOODSNYDER, LTD.
14 North Peoria Street
Suite 2-C
Chicago, Illinois 60607
(312) 243-4500 / (312) 243-0806

**Attorney for Defendants, SONNY FOX and CAR LEASING, INC.:**

Mr. Harold Moskowitz
Law Offices of Harold Moskowitz
55 West Monroe
Suite 1100
Chicago, Illinois 60603